840

## SCHUH v. STATE.
### No. 23036.

Court of Criminal Appeals of Texas.
Jan. 17, 1945.

Dave Watson and Theo. P. Henley, both of San Antonio, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at twenty-five years in the penitentiary.

The record before us contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.